12-1-2005

#9450

**CHRISTIAN COMMUNITY FOUNDATION®**
2925 Professional Place, Suite 201
Colorado Springs, CO 80904-8105
Telephone (719) 447-4620  Fax (719) 447-4700
E Mail: ccf@ccfnfl.org  Website: www.thefoundations.org

# APPLICATION

RECEIVED

## DONOR ADVISED FUND

### Part I  FUND INFORMATION

FUND NAME (print) **The Peterson Family Stewardship Fund**

FUND ADVISOR **Gordon J. Peterson**   BIRTH DATE **04/19/1930**   S.S.# **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**

FUND ADVISOR _____   BIRTH DATE _____   S.S.# _____

Relationship: ☐ Spouse  ☐ Son  ☐ Daughter  ☐ Other _____

ADDRESS **10,000 West 75th Street, Suite 100**

CITY **Shawnee Mission**   STATE **KS**   ZIP **66204-2267**

WORK PHONE **913-384-3800**   HOME PHONE **913-362-0246**   EMAIL **JamesPeterson@kc.rr.com**

### Part II  PROPOSED PURPOSE  (Attach a separate sheet, if necessary)

See attached "Purpose Statement"

*Please include specific names and addresses of qualified 501(c)(3) non profit organizations to which distributions may be recommended. Indicate the percentage of distribution to each charity; at least 51% must be to Christ centered organizations. Also include any charitable, religious, educational, scientific, and health (CRESH) causes that may be recommended for grants.*

### Part III  SUCCESSOR ADVISEMENT  (Optional, in the event of your disability or demise with same advisory rights as Fund Advisor)

First  NAME **James A. Peterson**   RELATIONSHIP **Son**

ADDRESS **10,000 West 75th Street, Suite 100**   TELEPHONE **913-384-3800**

CITY **Shawnee Mission**   STATE **KS**   ZIP **66204**

Second  NAME **Marisa D. Peterson, then Ruth A. Peterson**   RELATIONSHIP **Daughter in law, then wife**

ADDRESS **10,000 West 75th Street, Suite 100**   TELEPHONE **913-384-3800**

CITY **Shawnee Mission**   STATE **KS**   ZIP **66204**

*If no Successor Advisor is named, the Board of Directors shall make annual grants consistent with your purpose.*

### Part IV  INVESTMENT ADVISEMENT  ($25,000.00 or greater)

☐  *I wish to nominate Christian Community Foundation as Investment Advisor.*
☒  *I wish to nominate the Investment Advisor listed below.*
NAME **An advisor will be nominated when the account is funded.**  TELEPHONE _____

FIRM _____   ADDRESS _____

CITY _____   STATE ____ ZIP _____

**EXHIBIT 1**

*Part V* **METHOD OF FUNDING**

**IMMEDIATE FUNDING**
- ☐ CASH: $_____
- ☒ NON-CASH PROPERTY  *Attach a separate sheet if necessary listing asset(s) you are considering gifting, including type of asset, location (if appropriate), estimated fair market value. Examples include appreciated stock, real estate, or Family Limited Partnerships.*

  "C" corporation nonvoting stock, currently under appraisal.

**DEFERRED FUNDING**
- ☐ Charitable Remainder Trust  ☐ Unitrust  ☐ NIMCRUT  ☐ Annuity Trust  ☐ Lead Trust *(Attach copy of trust)*
- Initial Value $_____ Current Value $_____ Term of Years_____ or ☐ Life
- Payout Rate_____ Birth Date(s) of Income Beneficiaries_____

- ☐ LIFE INSURANCE OR ANNUITY *(Please provide original policy and all insurance agreements.)*
- Policy #_____ Face Value $_____
- Insurance Carrier_____ Agent_____ Telephone_____
- Mailing Address_____
- City_____ State_____ Zip_____

- ☐ GIFT ANNUITY REMAINDER INTEREST  Value $_____
- Birth Date(s) of Income Beneficiaries_____

- ☐ BEQUEST    Estimated Present Value of Bequest $_____

**Agreement**

By completing and signing this application, we certify that we understand the nature of Donor Advised Funds and will conduct our activities in compliance with the regulations of the Internal Revenue Code. We will abide by the policies and conditions set forth by the Christian Community Foundation, which in some instances, exceed government requirements. We acknowledge receipt of a current fee schedule and understand that fees will apply when the account is funded. We understand that in order for our contributions to qualify as an income tax deduction, our gift is irrevocable, and the ownership and custody of our donated funds and property will be fully relinquished to the Christian Community Foundation. Further, we understand that our communication regarding the fund is advisory only and that ultimate decisions and control relative to each of these issues are the responsibility of Christian Community Foundation.

**APPLICANT/FUND ADVISOR:**                           **APPLICANT/FUND ADVISOR:**

Mr. Gordon J. Peterson

Name (Mr., Mrs., Miss or Ms.)  *please print name*      Name (Mr., Mrs., Miss or Ms.)  *please print name*

*[Signature: Gordon Peterson]*   12/1/05

Signature                              Date              Signature                              Date

**Professional Advisor Statement**
*(if applicable)*

I hereby certify that I have informed the applicant of the nature of Donor Advised Funds, and the gift and tax implications of establishing such funds with Christian Community Foundation.

Name of Professional Advisor                              Signature                              Date

Name of Firm                                              Telephone

Address                                                   City                   State         Zip

Email Address

**EXHIBIT 1**

# PURPOSE STATEMENT

for

## THE PETERSON FAMILY STEWARDSHIP FUND

To encourage and promote the spread of Evangelical Christianity *(which is defined as the belief in, worship of and service to the triune God revealed in the 66 books of the Divinely inspired Scriptures as taught by Dr. John Vernon McGee 1904-1988 of "Thru the Bible Radio Network", especially following the teachings of Jesus Christ as recorded by His apostles in the New Testament—the core of which is stated in Romans 3:20-31, 6:23; John 1:1-17, 3:14-21, 14:6-11; 1 Corinthians 15:1-22)* by the disbursement of the contents of the fund for the following purposes:

- Translating, duplicating, distributing and teaching portions of the 66 books of Scripture, especially in languages and locations where the Scriptures have not been widely available within the preceding generation;
- Producing, duplicating, distributing and promoting literature, audio, video and other media messages that encourage and enable a deeper understanding of the Scriptures;
- Recruiting, training, supporting and equipping workers dedicated to the encouragement and promotion of the spread of Evangelical Christianity;
- Planning and executing creative outreaches (including relief and development projects) that communicate the uniqueness of Jesus Christ and the importance of His willing sacrifice and His resurrection in the redemption of the lost, especially through the distribution of Scripture portions or Scripturally-based messages.

*[Signature: Theodore Peterson]*
12-1-05

**EXHIBIT 1**

# REFERENCED SCRIPTURE

Rom 3:20-31
20  Therefore no one will be declared righteous in his sight by observing the law; rather, through the law we become conscious of sin.
21  But now a righteousness from God, apart from law, has been made known, to which the Law and the Prophets testify.
22  This righteousness from God comes through faith in Jesus Christ to all who believe. There is no difference,
23  for all have sinned and fall short of the glory of God,
24  and are justified freely by his grace through the redemption that came by Christ Jesus.
25  God presented him as a sacrifice of atonement, through faith in his blood. He did this to demonstrate his justice, because in his forbearance he had left the sins committed beforehand unpunished--
26  he did it to demonstrate his justice at the present time, so as to be just and the one who justifies those who have faith in Jesus.
27  Where, then, is boasting? It is excluded. On what principle? On that of observing the law? No, but on that of faith.
28  For we maintain that a man is justified by faith apart from observing the law.
29  Is God the God of Jews only? Is he not the God of Gentiles too? Yes, of Gentiles too,
30  since there is only one God, who will justify the circumcised by faith and the uncircumcised through that same faith.
31  Do we, then, nullify the law by this faith? Not at all! Rather, we uphold the law.
(NIV)

Rom 6:23
23  For the wages of sin is death, but the gift of God is eternal life in Christ Jesus our Lord.
(NIV)

John 1:1-17
1  In the beginning was the Word, and the Word was with God, and the Word was God.
2  He was with God in the beginning.
3  Through him all things were made; without him nothing was made that has been made.
4  In him was life, and that life was the light of men.
5  The light shines in the darkness, but the darkness has not understood it.
6  There came a man who was sent from God; his name was John.
7  He came as a witness to testify concerning that light, so that through him all men might believe.
8  He himself was not the light; he came only as a witness to the light.
9  The true light that gives light to every man was coming into the world.
10  He was in the world, and though the world was made through him, the world did not recognize him.
11  He came to that which was his own, but his own did not receive him.
12  Yet to all who received him, to those who believed in his name, he gave the right to become children of God--
13  children born not of natural descent, nor of human decision or a husband's will, but born of God.
14  The Word became flesh and made his dwelling among us. We have seen his glory, the glory of the One and Only, who came from the Father, full of grace and truth.
15  John testifies concerning him. He cries out, saying, "This was he of whom I said, 'He who comes after me has surpassed me because he was before me.'"
16  From the fullness of his grace we have all received one blessing after another.
17  For the law was given through Moses; grace and truth came through Jesus Christ.
(NIV)

John 3:14-21
14  Just as Moses lifted up the snake in the desert, so the Son of Man must be lifted up,
15  that everyone who believes in him may have eternal life.
16  "For God so loved the world that he gave his one and only Son, that whoever believes in him shall not perish but have eternal life.
17  For God did not send his Son into the world to condemn the world, but to save the world through him.

**EXHIBIT 1**

# REFERENCED SCRIPTURE

18   Whoever believes in him is not condemned, but whoever does not believe stands condemned already because he has not believed in the name of God's one and only Son.
19   This is the verdict: Light has come into the world, but men loved darkness instead of light because their deeds were evil.
20   Everyone who does evil hates the light, and will not come into the light for fear that his deeds will be exposed.
21   But whoever lives by the truth comes into the light, so that it may be seen plainly that what he has done has been done through God."
(NIV)

John 14:6-11
6   Jesus answered, "I am the way and the truth and the life. No one comes to the Father except through me.
7   If you really knew me, you would know my Father as well. From now on, you do know him and have seen him."
8   Philip said, "Lord, show us the Father and that will be enough for us."
9   Jesus answered: "Don't you know me, Philip, even after I have been among you such a long time? Anyone who has seen me has seen the Father. How can you say, 'Show us the Father'?
10  Don't you believe that I am in the Father, and that the Father is in me? The words I say to you are not just my own. Rather, it is the Father, living in me, who is doing his work.
11  Believe me when I say that I am in the Father and the Father is in me; or at least believe on the evidence of the miracles themselves.
(NIV)

1 Cor 15:1-22
1   Now, brothers, I want to remind you of the gospel I preached to you, which you received and on which you have taken your stand.
2   By this gospel you are saved, if you hold firmly to the word I preached to you. Otherwise, you have believed in vain.
3   For what I received I passed on to you as of first importance: that Christ died for our sins according to the Scriptures,
4   that he was buried, that he was raised on the third day according to the Scriptures,
5   and that he appeared to Peter, and then to the Twelve.
6   After that, he appeared to more than five hundred of the brothers at the same time, most of whom are still living, though some have fallen asleep.
7   Then he appeared to James, then to all the apostles,
8   and last of all he appeared to me also, as to one abnormally born.
9   For I am the least of the apostles and do not even deserve to be called an apostle, because I persecuted the church of God.
10  But by the grace of God I am what I am, and his grace to me was not without effect. No, I worked harder than all of them-- yet not I, but the grace of God that was with me.
11  Whether, then, it was I or they, this is what we preach, and this is what you believed.
12  But if it is preached that Christ has been raised from the dead, how can some of you say that there is no resurrection of the dead?
13  If there is no resurrection of the dead, then not even Christ has been raised.
14  And if Christ has not been raised, our preaching is useless and so is your faith.
15  More than that, we are then found to be false witnesses about God, for we have testified about God that he raised Christ from the dead. But he did not raise him if in fact the dead are not raised.
16  For if the dead are not raised, then Christ has not been raised either.
17  And if Christ has not been raised, your faith is futile; you are still in your sins.
18  Then those also who have fallen asleep in Christ are lost.
19  If only for this life we have hope in Christ, we are to be pitied more than all men.
20  But Christ has indeed been raised from the dead, the firstfruits of those who have fallen asleep.
21  For since death came through a man, the resurrection of the dead comes also through a man.
22  For as in Adam all die, so in Christ all will be made alive.
(NIV)

**EXHIBIT 1**

# PREAPPROVED GIFT RECIPIENT LIST:
## (Prioritized)

### CURRENTLY SUPPORTED CHARITIES WITH INTENT FOR FUTURE LARGE GIFTS:
1. Operation Mobilization - Tyrone, GA. 770-631-0432.
   www.om.org
2. Child Evangelism Fellowship - Warrenton, MO. 636-456-4321.
   www.CEFonline.com
3. New Tribes Mission - Sanford, FL. 407-323-34300.
   www.ntm.org
4. Jews For Jesus - San Francisco, CA. 415-864-2600.
   www.JewsForJesus.org
5. WorldVenture - Littleton, CO (formerly CBInternational). 720-283-2000.
   www.WorldVenture.com
6. Systematic Asian Leadership Training - Belmont, NC. 704-829-6469.
   Saltjlb@carolina.rr.com, SteveTorg@yahoo.com
7. Elam Ministries - Alpharetta, GA. 770-664-8800.
   www.Elam.com

### LOCAL KANSAS CITY CHARITIES THAT WE WOULD LIKE PREAPPROVED:
1. Your Choice Pregnancy Resource Center - Kansas City, KS. 913-233-2229.
   YourChoiceAdmin@bluefrog.com
2. Christian Fellowship Baptist Church - Kansas City, MO. 816-561-7791.
   www.cfbckc.org
3. City Union Mission - Kansas City, MO. 816-474-9380.
   www.cumission.org

### OTHER NATIONAL CHARITIES THAT WE WANT GUARANTEED FLEXIBILITY TO SUPPORT:
1. Advancing Native Missions - Charlottesville, VA. 540-456-7111.
   www.adnamis.org
2. Friends of Israel Gospel Ministry - Bellmawr, NJ. 856-853-5590.
   www.foi.org
3. Overseas Missionary Fellowship - Littleton, CO. 303-730-4160.
   www.us.omf.org
4. The Evangelical Alliance Mission - Wheaton, IL. 630-653-5300.
   www.teamworld.org
5. World Evangelism Crusade - Ft. Washington, PA. 215-646-2322. WEC International
   www.wec-usa.org
6. Pioneers - Orlando, FL. 407-382-6000.
   www.pioneers.org
7. Moody Bible Institute - Chicago, IL. 800-DLMoody.
   www.moody.edu

ACCEPTED
Date 12/1/2005
By Valerie Cornell

Gordon D. Peterson
12-1-05

EXHIBIT 1