RECEIVED NOV 0 6 2017

November 1, 2017



WaterStone
c/o John Mulder
10807 New Allegiance Drive, Suite 240
Colorado Springs, CO 80921
johnm@waterstone.org

Dear Mr. Mulder,

We are updating and reorganizing our Donor Advised Fund information and would like
to make the following changes:

Under "Fund Information", the address should be changed to: 6926 Belinder, Mission
Hills, KS 66208
Work phone: 913-362-0246
Email: gjprap@gmail.com and philpeterson@gmail.com

Under "Successor Advisement", we would like to make the following changes:
Ruth A. Peterson and Philip G. Peterson – wife, son (co-equal advisors)
6926 Belinder, Mission Hills, KS 66208  913-362-0246
2201 W. 49th Terrace, Westwood Hills, KS 66205  816-529-6990

We are excited about these changes so we can take a more active role in our family's
charitable fund. We look forward to working with you.

If you have any questions, please feel free to contact us.

Sincerely,

Gordon and Ruth Peterson


_Gordon J. Peterson_  11-1-17
Gordon Peterson

_Ruth A. Peterson_ 11-1-2017
Ruth Peterson


**EXHIBIT 2**