IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-CV-00179-RMR-MDB

PHILIP G. PETERSON, in his capacity as
Successor Advisor to the
Peterson Family Stewardship Fund,

     *Plaintiff*,

v.

The CHRISTIAN COMMUNITY FOUNDATION, INC.
d/b/a WaterStone, a Colorado nonprofit corporation,

     *Defendant*.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT THE CHRISTIAN COMMUNITY FOUNDATION D/B/A WATERSTONE BY TAFT STETTINIUS & HOLLISTER LLP

---

Pursuant to D.C.COLO.LAttyR 5(b), Christian H. Hendrickson, Allison R. Burke, and Theodore J. O'Brien, all of the law firm of Taft Stettinius & Hollister LLP, hereby move to withdraw as counsel of record for Defendant The Christian Community Foundation ("WaterStone").

Good cause exists for this withdrawal because WaterStone has engaged alternative counsel to represent it in this lawsuit – Matthew T. Martens, Timothy Perla, and Jack Hodge, of the law firm of Wilmer Hale. [*See* ECF 17, 18, 19.] Consequently, Christian H. Hendrickson, Allison R. Burke, and Theodore J. O'Brien respectfully request that they be removed as counsel of record and terminated from all future electronic service notifications.

In compliance with D.C.COLO.LAttyR 5(b), a copy of this Motion is being served contemporaneously on WaterStone.

WHEREFORE, undersigned counsel respectfully requests that, on good cause shown, the Court enter an Order granting this Motion and permitting the listed attorneys to withdraw as counsel of record for WaterStone.

Dated this 13th day of March, 2026.

TAFT STETTINIUS & HOLLISTER LLP

*s/ Christian H. Hendrickson*

*s/ Allison R. Burke*

*/s Theodore J. O'Brien*
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
Email:      chendrickson@taftlaw.com
        aburke@taftlaw.com
        tobrien@taftlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS OF COUNSEL OF RECORD FOR DEFENDANT THE CHRISTIAN COMMUNITY FOUNDATION D/B/A WATERSTONE BY TAFT STETTINIUS & HOLLISTER LLP** was filed and served with the Clerk of the Court using the CM/ECF with service on all counsel of record.

*s/Faith Brockman*     
Faith Brockman, Legal Assistant
