IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:   26-cv-00179-GPG-MDB          Date:   June 11, 2026
Courtroom Deputy:   E. Lopez Vaughan             FTR:   Courtroom 101

*Parties:*                                        *Counsel:*

Philip G. Peterson                                Andrew Nussbaum
                                                  Edward Gleason
   Plaintiff,                                     Robert Bucknam

v.

Christian Community Foundation, Inc., et al       Matthew Martens
                                                  Audrey Hu
   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**10:31 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

The Court hears oral arguments on Defendant's *Motion to Stay* at ECF No. 39 (see also ECF No.'s 43 and 44). For reasons put forth on the record, it is

**ORDERED**:   The Motion is **DENIED**. The parties shall engage in meaningful conferral on staging discovery in order to minimize burden. It is further

**ORDERED**:   *Joint Motion for ESI Protocol* and *Joint Motion for Protective Order* are both due by **June 30, 2026**.

**10:54 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:23

*To order transcripts of hearings, please contact:
AB Court Reporting & Video, Inc. by phone at (303) 629-8534 OR Patterson Transcription Company by phone at (303) 815-0487 or by email at scheduling@pattersontranscription.com.