**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00179-GPG-MDB

PHILIP G. PETERSON, in his capacity as Successor Advisor to the Peterson Family Stewardship Fund,

*Plaintiff*,

v.

CHRISTIAN COMMUNITY FOUNDATION, INC. d/b/a WaterStone, a Colorado nonprofit corporation,

*Defendant*.

---

## JOINT STATUS REPORT

---

Plaintiff, Philip G. Peterson, and Defendant, Christian Community Foundation, Inc. d/b/a WaterStone, file this joint status report in accordance with the Court's July 10, 2026, Minute Order [ECF 50]. The Court specifically requested a status report as follows:

**1. Conferral on list of custodians, search terms, and date range.** The parties conferred over the course of approximately two weeks to negotiate suitable custodians, search terms, and date ranges. By July 24, 2026, the parties' disagreements to that time were resolved. The accompanying revised Stage 1 ESI Protocol reflects the parties' agreed-upon list of custodians, search terms, and date ranges as of July 24, 2026.

**Plaintiff's Position:** The revised Stage 1 ESI Protocol also includes an additional dispute relating to custodians that arose after the parties' earlier negotiation. On August 19, in response to information recently obtained in discovery, Plaintiff

proposed adding four additional custodians. Plaintiff learned of these four individuals from a document WaterStone provided on August 7 that identified each person, by name or initials, as individuals involved in transferring assets from the Peterson Fund either in February, 2026—after this litigation had already commenced—or in 2025 and earlier. Therefore, these individuals are properly-named custodians, and Plaintiff asserts that they must be included on the ESI Protocol. Plaintiff's proposed additions are listed in the accompanying Proposed ESI Protocol at Section II(A), "Plaintiff's Proposed Custodians."

**Defendant's Position:** On August 19, Plaintiff proposed four additional custodians. WaterStone has not had sufficient time to collect custodial documents for these individuals or test the agreed-upon search terms against their custodial documents to determine the scope of potentially responsive documents and assess the appropriateness of these proposed custodians. WaterStone is therefore not yet able to make a decision with respect to Plaintiff's additional proposed custodians.

**2. Defendant custodian, search term, and date range hit list.** WaterStone assessed the parties' proposed custodian, search term, and date range terms throughout the parties' conferral. On July 24, 2026, WaterStone's counsel confirmed to Mr. Peterson's counsel that the parties' initial agreed-upon list of custodians, search terms, and date ranges returned a sufficiently narrowed number of documents that alleviated WaterStone's concern about overly-burdensome Stage 1 discovery. Of note, WaterStone has not completed a revised hit list to assess the number of responsive documents including Plaintiff's four proposed additional custodians, and it has not determined its position on the burden that their inclusion imposes on WaterStone, nor conferred with Plaintiff as to other objections to determine whether they can be resolved.

**3. Production.**

**Plaintiff's Position:** The parties have begun producing documents in response to requests for written discovery. On June 30, 2026, Mr. Peterson served his first set of written discovery on WaterStone. WaterStone responded to Mr. Peterson's requests on July 30, and it provided six documents the following week. WaterStone served its first set of written discovery on Mr. Peterson on August 6, 2026. Mr. Peterson is actively searching for responsive documents and will produce them before his September 5, 2026 response deadline.

**Defendant's Position:** Waterstone is continuing to collect, search, and review documents based on the agreed-upon search terms and custodians. WaterStone will meet and confer with Plaintiff regarding the schedule for additional document productions.

**4. Additional Matters from July 10, 2026 Minute Order.** In accordance with this Court's request, the parties amended Stage 1 ESI Protocol includes a deadline for the parties' final discovery productions. The deadline is: February 14, 2027.

**5. Outstanding Disputes.**

**Plaintiff's Position:** The parties continue to dispute WaterStone's level of participation in discovery. From the start of litigation until the present, WaterStone has produced only six documents, totaling about 67 pages of material. WaterStone refused to provide a single document in its initial disclosures, and its responses to Mr. Peterson's written discovery requests consisted of six documents. Mr. Peterson is conferring with WaterStone to resolve this discovery dispute without the court's involvement, but this may be an issue that Mr. Peterson will need to raise with this court in the near future.

**Defendant's Position:** WaterStone disputes Plaintiff's characterization of its participation in discovery. WaterStone has complied with all discovery obligations and timely responded to Plaintiff's discovery requests. WaterStone's initial document production consisted of centrally relevant documents regarding the Peterson Fund, including communications with the Peterson Family, contract documents, and a list of all grants made from the Fund between 2008 and February 2026. WaterStone is working diligently to review the nearly 10,000 additional documents it has collected, and will produce further responsive documents in accordance with the discovery schedule

DATED August 24, 2026.

*s/Robert J. Bucknam*
Andrew Nussbaum
Edward A. Gleason
Robert J. Bucknam
First & Fourteenth PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 428-3093
Email: andrew@first-fourteenth.com
ed@first-fourteenth.com
rob@first-fourteenth.com

*Attorneys for Plaintiff Philip Peterson*

WILMER CUTLER PICKERING HALE AND DORR LLP

*s/Timothy Perla*
Timothy Perla
timothy.perla@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: 617.526.6696

*Attorneys for Defendant CHRISTIAN COMMUNITY FOUNDATION, INC. d/b/a WaterStone*

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record.

*s/Robert J. Bucknam*
Robert J. Bucknam
First & Fourteenth PLLC

*Attorneys for Plaintiff Philip Peterson*